FILED

2012 NOV 27 P 4: 01

CLERK US DISTRICT COURT
RICHMOND, VIRGINIA

United States District Court

Eastern District of Virginia

Richmond Division

Emmanuela Obi

3211 Chamberlayne Ave #206

Richmond VA 23227

8043067238

V.  Case Number: 3:12-CV-00825

Dr. W.Weldon Hill

Virginia State University

Virginia Hall 206

1 Hayden Drive

P.O.Box 9404

Petersburg 23806

## PARTICULARIZED COMPLAINT FOR CIVIL ACTION NUMBER 3:12-CV-00825

Defendant: Virginia State University

1. On the Feb 23 2012 around 10am in the morning, MS. Lynne Harrison, a law enforcement officer/an instructor of Virginia State University, interrupted my morning class, called me out in a class, detained me in the hallway and started harassing me and defaming me in front students and faculties.
2. Then later the same day in the afternoon she came to my another class with the school police officers, who came with their weapons and stood in front the class to announce that I am not authorized to be in the class.
3. Then to prove my enrollment, the police officers escorted me to a computer room in front students and faculties on printing out my class schedule to show the police officers, I noticed that there was a fraudulent change in my student account as pertain to my class schedule.
4. Went to the department Dean Dr.Kanu, he directed me to the Chairperson Dr. Joyce Edward, then she expressed that there is nothing that could be done, and directed that I

should accept the fraudulent change. Then on contacting the provost, Dr. J Hunter: who also did not offer any reasonable response
5. MS. Lynne Harrison also sent emails threatening me for leaving her class.
6. A Bill due in November 15 2012 was sent to me from Virginia State University's Bursar's officer and the information was referencing that I owe for dropping out of school, that the financial aid has cancelled funding my education.

## LEGAL CLAIM

The fraudulent change that was made in my student account without my permission

Defamation through harassment in front students and faculties

False accusation by involving school authorities and police officer

The Coercion Endangerment of law enforcement officer and vulnerability on their digression of using weapon

The school not exercising safety measures as reference to legitimacy of the role the Department Chairperson and School Provost.

The school violating my privacy and endangering me, with no regards but sending bill threaten my life survival credit and also ruining my student tuition assistance.

## THE FEDERAL LEGAL LAWS

The IV Amendment states the right to be secure in person, houses, papers, and effects against unreasonable, searches and seizures shall not be violated.

My complaint references to the Amendment IV on the fraudulent change in my student account, the defamation, false accusation, Coercive endangerment of Law enforcement officer and unreasonable interruption of my academic activities.

The V Amendment states no person shall be deprived of liberty, nor private property be taken for public use without just compensation

My complaint references to the Amendment V on safety measures as regard to the legitimate role of Department heads and also on the direction from the Chair person Dr. Joyce Edward that expressed acceptance for my continue involvement with some one that did fraudulent change in my account.

The XIV Amendment, on section 4: states any claim for the loss or emancipation of any slave, but all such debts, obligations and claims shall be held illegal and void

My complaint reference to the Amendment XIV on the Bill that resulted from the incident and the threat the school is sending on my life survival credit.

I pray that the expressed concern is honest and truth, the impact shocked me severely that I have no other choice and I withdrew from the school since Feb. 2012.

Sign: *[signature: Emmanuela Obi]*

Emmanuela Obi

3211 Chamberlayne Ave #206

Richmond VA 23227

804-306-7238